UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SARAH ZEESHAN and ZEESHAN CHOUDHRY )<br><br>Plaintiffs, )<br><br>vs. )<br><br>ZAINAB PERTROLEUM, INC.; )<br>GONDAL PETROLEUM, INC.; )<br>BUDGET INN, INC.; )<br>AHMAD ZULFIQAR; )<br>Defendants. ) | Case No. 17-CV-447-KEW<br>JURY DEMAND |

## ANSWER BY DEFENDANT GONDAL PETROLEUM, INC.

**COMES NOW** the Defendant, Gondal Petroleum, Inc., by and through is attorney of record, Jeff Potts, and for its answer to the Plaintiffs' Complaint, states as follows:

1. Defendant is without sufficient information to admit or deny paragraph No. 1, 2, 3.

2. Defendant denies paragraphs No. 4.

3. Defendant admits paragraphs No. 5.

4. Defendant denies paragraphs No. 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69 and 70 and demands strict proof thereof.

5. In the event of mistake of numbering of allegations in Plaintiffs' Complaint or the Defendant's answer, the Defendant denies the allegation as numbered.

## **AFFIRMATIVE DEFENSES**

### First Affirmative Defense

To the extent plaintiffs lack standing with respect to any claim, that claim should be dismissed.

### Second Affirmative Defense

To the extent any claim is moot or not ripe for adjudication, that claim should be dismissed.

### Third Affirmative Defense

To the extent that any claim fails to state a claim on which relief can be granted, it should be dismissed.

### Fourth Affirmative Defense

To the extent that any claim is barred by the statute of limitations, that claim should be barred.

### Fifth Affirmative Defense

To the extent that any claim is barred by the Defendant's payments of in-kind compensation under the FLSA, those payment should be included as compensation to Plaintiffs;

### Sixth Affirmative Defense

To the extent that any claim is barred by set-off, said claim should be dismissed.

### Seventh Affirmative Defense

To the extent that Plaintiffs allege they were not fully paid according to FSLA, defendant affirmatively asserts that Plaintiffs were either fully paid or were executive employees and not entitled to overtime payments.

### Eight Affirmative Defense

To the extent that Plaintiffs allege they are covered under the FLSA, Defendant affirmatively alleges the Plaintiffs were business owners of the enterprise.

**Ninth Affirmative Defense**

To the extent that Plaintiffs claim coverage under the FLSA, Defendant affirmatively alleges that Plaintiffs were fully compensated by either cash compensation, meals, housing, utilities, fuel, inventory from the Panama Store, or transportation.

**WHEREFORE** premises considered, the Defendant, Gondal Petroleum, Inc., prays that Plaintiffs' Complaint be denied, they take nothing and for such other relief as this Court deems just and proper.

**Respectfully submitted,**

/s/Jeff Potts_____
Jeff Potts, OBA#13756
Jeff Potts Law Office
1515 East Okmulgee
Muskogee, OK 74403
(918) 687-7755
(918) 681-3939 – fax
jeffpottslawoffice@att.net

**Certificate of Mailing**

   I, Jeff Potts, hereby certify that on the 27th day of November, 2018 I mailed a true and correct copy of the above and foregoing Defendants' answer with postage prepaid in the U.S. Mails and the Court's CM/ECF system to:

Dan R. Byrd
Keith & Associates Legal
115 W. 3rd Street, Suite 800
Tulsa, OK 74103

Brett Feinstein
14 NE 1st Ave., Ste 1109
Miami, FL 33132

Mark J. Cagle
115 W. 3rd St., Ste 407
Tulsa, OK 74103

                /s/ Jeff Potts_____
                Jeff Potts