IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED
SEP 1 1 2019
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

| | | |
|---|---|---|
| SARAH ZEESHAN and ZEESHAN CHOUDRHY, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. CIV-17-447-KEW |
| ZAINAB PETROLEUM, INC., GONDAL PETROLEUM, INC., and ZULFIQAR AHMAD, | ) ) ) ) ) | |
| Defendants. | ) | |

## VERDICT FORM

Part I – FAIR LABOR STANDARDS ACT – PLAINTIFF SARAH ZEESHAN'S CLAIM FOR OVERTIME PAY

(A) We, the jury in the above styled case being duly impaneled and sworn, do hereby find with respect to the FLSA claim for overtime pay brought by Plaintiff Sarah Zeeshan against Defendant Zainab Petroleum, Inc. as follows (Please place an "X" on the appropriate line which reflects your decision):

1

In favor of Plaintiff Sarah Zeeshan                    __X__

In favor of Defendant Zainab Petroleum, Inc.   _____

**(NOTE:   Proceed to Part I(B).)**

(B)   We, the jury in the above styled case being duly impaneled and sworn, do hereby find with respect to the FLSA claim for overtime pay brought by Plaintiff Sarah Zeeshan against Defendant Gondal Petroleum, Inc. as follows (Please place an "X" on the appropriate line which reflects your decision):

In favor of Plaintiff Sarah Zeeshan                       _____

In favor of Defendant Gondal Petroleum, Inc.   __X__

**(NOTE:   Proceed to Part I(C).)**

(C)   We, the jury in the above styled case being duly impaneled and sworn, do hereby find with respect to the FLSA claim for overtime pay brought by Plaintiff Sarah Zeeshan against Defendant Zulfiqar Ahmad as follows (Please place an "X" on

2

the appropriate line which reflects your decision):

In favor of Plaintiff Sarah Zeeshan          __X____

In favor of Defendant Zulfiqar Ahmad         _____

**(NOTE: If you found for Plaintiff Sarah Zeeshan at Parts I(A), (B), and/or (C) above, proceed to Part I(D). If you did not find for Plaintiff Sarah Zeeshan at Parts I(A), (B), and (C) above, proceed to Part II.)**

(D) Having found for Plaintiff Sarah Zeeshan on one or more of the overtime claims above, we, the jury award damages on this claim as follows:

Defendant Zainab Petroleum, Inc.   $ 12,181.00 .

Defendant Gondal Petroleum, Inc.   $ 0.00 .

Defendant Zulfiqar Ahmad           $ 12,181.00 .

**(NOTE: Proceed to Part II.)**

Part II – FAIR LABOR STANDARDS ACT – PLAINTIFF SARAH ZEESHAN'S CLAIM FOR MINIMUM WAGE

(A) We, the jury in the above styled case being duly impaneled and sworn, do hereby find with respect to the

3

FLSA claim for minimum wages brought by Plaintiff Sarah Zeeshan against Defendant Zainab Petroleum, Inc. as follows (Please place an "X" on the appropriate line which reflects your decision):

In favor of Plaintiff Sarah Zeeshan          _____

In favor of Defendant Zainab Petroleum, Inc.   __X_____

**(NOTE:   Proceed to Part II(B).)**

    (B)   We, the jury in the above styled case being duly impaneled and sworn, do hereby find with respect to the FLSA claim for minimum wages brought by Plaintiff Sarah Zeeshan against Defendant Gondal Petroleum, Inc. as follows (Please place an "X" on the appropriate line which reflects your decision):

In favor of Plaintiff Sarah Zeeshan          _____

In favor of Defendant Gondal Petroleum, Inc.   __X_____

**(NOTE:   Proceed to Part II(C).)**

(C) We, the jury in the above styled case being duly impaneled and sworn, do hereby find with respect to the FLSA claim for minimum wages brought by Plaintiff Sarah Zeeshan against Defendant Zulfiqar Ahmad as follows (Please place an "X" on the appropriate line which reflects your decision):

In favor of Plaintiff Sarah Zeeshan      _____

In favor of Defendant Zulfiqar Ahmad    __X_____

**(NOTE:   If you found for Plaintiff Sarah Zeeshan at Parts II(A), (B), and/or (C) above, proceed to Part II(D).   If you did not find for Plaintiff Sarah Zeeshan at Parts II(A), (B), and (C) above, proceed to Part III.)**

(D) Having found for Plaintiff Sarah Zeeshan on one or more of the overtime claims above, we, the jury award damages on this claim as follows:

Defendant Zainab Petroleum, Inc.    $_____0.00_____.

Defendant Gondal Petroleum, Inc.    $_____0.00_____.

Defendant Zulfiqar Ahmad            $_____0.00_____.

**(NOTE:   Proceed to Part III.)**

Part III – FAIR LABOR STANDARDS ACT – PLAINTIFF SARAH ZEESHAN'S CLAIM FOR RETALIATION

(A)   We, the jury in the above styled case being duly impaneled and sworn, do hereby find with respect to the FLSA claim for retaliation brought by Plaintiff Sarah Zeeshan against Defendant Zainab Petroleum, Inc. as follows (Please place an "X" on the appropriate line which reflects your decision):

In favor of Plaintiff Sarah Zeeshan              _____

In favor of Defendant Zainab Petroleum, Inc.    ___X_____

**(NOTE:   Proceed to Part III(B).)**

(B)   We, the jury in the above styled case being duly impaneled and sworn, do hereby find with respect to the FLSA claim for retaliation brought by Plaintiff Sarah Zeeshan against

Defendant Gondal Petroleum, Inc. as follows (Please place an "X" on the appropriate line which reflects your decision):

In favor of Plaintiff Sarah Zeeshan          _____

In favor of Defendant Gondal Petroleum, Inc.    ___X___

**(NOTE:   Proceed to Part III(C).)**

(C)   We, the jury in the above styled case being duly impaneled and sworn, do hereby find with respect to the FLSA claim for retaliation brought by Plaintiff Sarah Zeeshan against Defendant Zulfiqar Ahmad as follows (Please place an "X" on the appropriate line which reflects your decision):

In favor of Plaintiff Sarah Zeeshan          ___X___

In favor of Defendant Zulfiqar Ahmad          _____

**(NOTE:   If you found for Plaintiff Sarah Zeeshan at Parts III(A), (B), and/or (C) above, proceed to Part III(D).   If you did not find for Plaintiff Sarah Zeeshan at Parts III(A), (B), and (C), above, proceed to Part IV.)**

(D)   Having found for Plaintiff Sarah Zeeshan on one or more of

the retaliation claims above, we, the jury award damages on this claim as follows:

Defendant Zainab Petroleum, Inc.   $_____0.00_____.

Defendant Gondal Petroleum, Inc.   $_____0.00_____.

Defendant Zulfiqar Ahmad   $__12,000.00__.

**(NOTE:   Proceed to Part IV.)**

Part IV – FAIR LABOR STANDARDS ACT – PLAINTIFF ZEESHAN CHOUDHRY'S CLAIM FOR OVERTIME PAY

(A)   We, the jury in the above styled case being duly impaneled and sworn, do hereby find with respect to the FLSA claim for overtime pay brought by Plaintiff Zeeshan Choudhry against Defendant Zainab Petroleum, Inc. as follows (Please place an "X" on the appropriate line which reflects your decision):

In favor of Plaintiff Zeeshan Choudhry          __X__

In favor of Defendant Zainab Petroleum, Inc.    _____

**(NOTE:   Proceed to Part IV(B).)**

(B)   We, the jury in the above styled case being duly impaneled

and sworn, do hereby find with respect to the FLSA claim for overtime pay brought by Plaintiff Zeeshan Choudhry against Defendant Gondal Petroleum, Inc. as follows (Please place an "X" on the appropriate line which reflects your decision):

In favor of Plaintiff Zeeshan Choudhry          __X__

In favor of Defendant Gondal Petroleum, Inc.    _____

**(NOTE:   Proceed to Part IV(C).)**

(C)  We, the jury in the above styled case being duly impaneled and sworn, do hereby find with respect to the FLSA claim for overtime pay brought by Plaintiff Zeeshan Choudhry against Defendant Zulfiqar Ahmad as follows (Please place an "X" on the appropriate line which reflects your decision):

In favor of Plaintiff Zeeshan Choudhry          __X__

In favor of Defendant Zulfiqar Ahmad            _____

**(NOTE:   If you found for Plaintiff Zeeshan Choudhry at Parts IV(A), (B), and/or (C), proceed to Part IV(D).   If you did not find for Plaintiff Zeeshan Choudhry at Parts IV(A), (B), and (C)**

**above, proceed to Part V.)**

(D)  Having found for Plaintiff Zeeshan Choudhry on one or more of the overtime claims above, we, the jury award damages on this claim as follows:

Defendant Zainab Petroleum, Inc.   $ 21,450.00 .

Defendant Gondal Petroleum, Inc.   $ 82,912.50 .

Defendant Zulfiqar Ahmad           $ 104,362.50 .

**(NOTE:   Proceed to Part V.)**

Part V – FAIR LABOR STANDARDS ACT – PLAINTIFF ZEESHAN CHOUDHRY'S CLAIM FOR MINIMUM WAGE

(A)  We, the jury in the above styled case being duly impaneled and sworn, do hereby find with respect to the FLSA claim for minimum wages brought by Plaintiff Zeeshan Choudhry against Defendant Zainab Petroleum, Inc. as follows (Please place an "X" on the appropriate line which reflects your decision):

In favor of Plaintiff Zeeshan Choudhry            _____

In favor of Defendant Zainab Petroleum, Inc.   \_\_\_\_X\_\_\_\_

**(NOTE:   Proceed to Part V(B).)**

(B)   We, the jury in the above styled case being duly impaneled and sworn, do hereby find with respect to the FLSA claim for minimum wages brought by Plaintiff Zeeshan Choudhry against Defendant Gondal Petroleum, Inc. as follows (Please place an "X" on the appropriate line which reflects your decision):

In favor of Plaintiff Zeeshan Choudhry            _____

In favor of Defendant Gondal Petroleum, Inc.   \_\_\_\_X\_\_\_\_

**(NOTE:   Proceed to Part V(C).)**

(C)   We, the jury in the above styled case being duly impaneled and sworn, do hereby find with respect to the FLSA claim for minimum wages brought by Plaintiff Zeeshan Choudhry

11

against Defendant Zulfiqar Ahmad as follows (Please place an "X" on the appropriate line which reflects your decision):

In favor of Plaintiff Zeeshan Choudhry   _____

In favor of Defendant Zulfiqar Ahmad   ___X___

**(NOTE: If you found for Plaintiff Zeeshan Choudhry at Parts V(A), (B), and/or (C) above, proceed to Part V(D). If you did not find for Plaintiff Zeeshan Choudhry at Parts V(A), (B), and (C) above, proceed to Part VI.)**

(D) Having found for Plaintiff Zeeshan Choudhry on one or more of the overtime claims above, we, the jury award damages on this claim as follows:

Defendant Zainab Petroleum, Inc.   $ 0.00 .

Defendant Gondal Petroleum, Inc.   $ 0.00 .

Defendant Zulfiqar Ahmad   $ 0.00 .

**(NOTE: Proceed to Part VI.)**

Part VI – FAIR LABOR STANDARDS ACT – PLAINTIFF ZEESHAN CHOUDHRY'S CLAIM FOR RETALIATION

(A) We, the jury in the above styled case being duly impaneled

and sworn, do hereby find with respect to the FLSA claim for retaliation brought by Plaintiff Zeeshan Choudhry against Defendant Zainab Petroleum, Inc. as follows (Please place an "X" on the appropriate line which reflects your decision):

In favor of Plaintiff Zeeshan Choudhry　　　　_____

In favor of Defendant Zainab Petroleum, Inc.　__X___

**(NOTE:   Proceed to Part VI(B).)**

(B)   We, the jury in the above styled case being duly impaneled and sworn, do hereby find with respect to the FLSA claim for retaliation brought by Plaintiff Zeeshan Choudhry against Defendant Gondal Petroleum, Inc. as follows (Please place an "X" on the appropriate line which reflects your decision):

In favor of Plaintiff Zeeshan Choudhry　　　　_____

In favor of Defendant Gondal Petroleum, Inc.　__X___

**(NOTE:   Proceed to Part VI(C).)**

(C)   We, the jury in the above styled case being duly impaneled and sworn, do hereby find with respect to the FLSA claim for retaliation brought by Plaintiff Zeeshan Choudhry against Defendant Zulfiqar Ahmad as follows (Please place an "X" on the appropriate line which reflects your decision):

In favor of Plaintiff Zeeshan Choudhry          __X__

In favor of Defendant Zulfiqar Ahmad          _____

**(NOTE:   If you found for Plaintiff Zeeshan Choudhry at Parts VI(A), (B), and/or (C) above, proceed to Part VI(D).   If you did not find for Plaintiff Zeeshan Choudhry at Parts VI(A), (B), and (C) above, sign and date this form.)**

(D)   Having found for Plaintiff Zeeshan Choudhry on one or more of the retaliation claims above, we, the jury award damages on this claim as follows:

Defendant Zainab Petroleum, Inc.   $__0.00__.

Defendant Gondal Petroleum, Inc.   $__0.00__.

14

Defendant Zulfiqar Ahmad                     $ 12,000.00  .

**(NOTE: If you awarded damages in favor of either or both Plaintiffs, proceed to Part VII.)**

## PART VII - SETOFF

Having awarded damages against Defendant Gondal Petroleum, Inc. and Zulfiqar Ahmad, do you find any of Defendant Gondal Petroleum, Inc. and Zulfiqar Ahmad are entitled to a setoff for inventory received by one or both Plaintiffs?

Yes _____          No __X__

If you answered "Yes" to the above question, what is the value of the inventory that you find Plaintiffs received from Defendant Gondal Petroleum, Inc. and Zulfiqar Ahmad? You are advised that any amount you set forth below will be deducted from damage awards that you made.

We find that Plaintiffs received the value of the inventory from Defendant Gondal Petroleum, Inc. and Defendant Zulfiqar Ahmad in the amount of $_____0_____.

9/11/19
Date

[signature redacted]
Foreperson